**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 22-2037**

—————————

In re:  CLIFTON WILLIAM BATTS,

         Petitioner,

—————————

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Virginia, at Raleigh.  (5:21-hc-02239-M)

—————————

Submitted:  November 29, 2022                            Decided:  April 20, 2023

—————————

Before HARRIS, QUATTLEBAUM, and HEYTENS, Circuit Judges.

—————————

Petition denied by unpublished per curiam opinion.

—————————

Clifton William Batts, Petitioner Pro Se.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton William Batts petitions for a writ of mandamus, alleging that the district court has unduly delayed acting on his 28 U.S.C. § 2254 petition. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court dismissed Batts' § 2254 petition on January 6, 2023. Accordingly, because the district court has recently decided Batts' case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*